IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOZZUTO LANDSCAPING COMPANY, *

    Plaintiff, *

v. * Civil Action No. JFM-00-2419

TRUGREEN LANDCARE, L.L.C., and *
THE SERVICEMASTER COMPANY,
     *
    Defendants.
     *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO EXTEND DEADLINE TO FILE
## INITIAL RESPONSIVE PLEADING

Defendants, TruGreen, L.L.P. ("TruGreen"), and The ServiceMaster Company ("SeviceMaster") (collectively, "Defendants"), and Bozzuto Landscaping Company ("Plaintiff") hereby agree and stipulate to the following:

1.    Plaintiffs initially filed this action in the Circuit Court for Baltimore County, Maryland, and served Defendants on July 11, 2000.

2.    Defendants filed a Notice of Removal in this action on August 10, 2000.

3.    Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline for Defendants to file their Answer or other initial responsive pleading is August 17, 2000.

4.    The parties have been engaged in settlement discussions and are close to an agreement. However, the execution of all documents and other matters related to settlement of this matter will likely not be completed before August 17, 2000.

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2000 AUG 16 P 1:30 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY

**WHEREFORE**, in order to serve the efficient administration of justice and conserve judicial resources, as well as avoid unnecessary legal expense to the parties, the parties hereby agree and stipulate that the Defendants shall have until August 31, 2000, to file their Answer or other initial responsive pleading.

<table>
<tr><td>

_____
John E. McCann, Jr.
Scott Haiber
David C. Ferro
Miles & Stockbridge P.C.
10 Light St.
Baltimore, MD 21202
(410) 727-6464

</td><td>

_____
Thomas N. Biddison, Jr.
Matthew W. Oakey
Gallagher, Evelius & Jones, LLP
The Park Charles, Suite 400
218 N. Charles St.
Baltimore, MD 21201
(410) 727-7702

</td></tr>
</table>

**IT IS SO ORDERED.**

_____
The Honorable J. Frederick Motz
United States District Court for the District of Maryland