IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOZZUTO LANDSCAPING COMPANY,   *

    Plaintiff,   *

v.   *   Civil Action No. JFM-00-2419

TRUGREEN LANDCARE, L.L.C., and   *
THE SERVICEMASTER COMPANY,
    *
    Defendants.
    *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### SECOND STIPULATION TO EXTEND DEADLINE TO FILE
### INITIAL RESPONSIVE PLEADING

Defendants, TruGreen, L.L.P. ("TruGreen"), and The ServiceMaster Company ("SeviceMaster") (collectively, "Defendants"), and Bozzuto Landscaping Company ("Plaintiff") hereby agree and stipulate to the following:

1. Plaintiffs initially filed this action in the Circuit Court for Baltimore County, Maryland, and served Defendants on July 11, 2000.

2. Defendants filed a Notice of Removal in this action on August 10, 2000.

3. On or about August 16, 2000, the parties stipulated and this Court ordered that Defendants' deadline for filing its initial responsive pleading would be extended to August 31, 2000, in light of ongoing settlement negotiations between the parties.

4. Since that time, settlement negotiations between the parties have proceeded and the parties are very close to a final settlement of this matter. In order to complete the settlement, counsel for the parties need some additional time to finalize the documentation, obtain the necessary signatures, and coordinate the logistics of returning certain documents to the plaintiff.



5.  Accordingly, to accomplish these tasks, and in order to serve the efficient administration of justice and conserve judicial resources, as well as avoid unnecessary legal expense to the parties, the parties hereby agree and stipulate that the Defendants shall have an additional week until September 7, 2000, to file their Answer or other initial responsive pleading, if necessary.

**WHEREFORE**, for all the foregoing reasons, the parties respectfully request that Defendants' deadline for filing its Answer or other initial responsive pleading be extended to September 7, 2000.

| | |
|---|---|
| _____ | _____ |
| John E. McCann, Jr. | Thomas N. Biddison, Jr. |
| Scott Haiber | Matthew W. Oakey |
| David C. Ferro | Gallagher, Evelius & Jones, LLP |
| Miles & Stockbridge P.C. | The Park Charles, Suite 400 |
| 10 Light St. | 218 N. Charles St. |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 727-6464 | (410) 727-7702 |

**IT IS SO ORDERED.**

_____
The Honorable J. Frederick Motz
United States District Court for the District of Maryland