IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOZZUTO LANDSCAPING COMPANY,      *

    Plaintiff,      *

v.      *     Civil Action No. JFM-00-2419

TRUGREEN LANDCARE, L.L.C., and      *
THE SERVICEMASTER COMPANY,
     *
    Defendants.
     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL

Plaintiff, Bozzuto Landscaping Company, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses this action with prejudice.

Respectfully submitted,

Thomas N. Biddison, Jr.
Matthew W. Oakey
Gallagher, Evelius & Jones, LLP
The Park Charles, Suite 400
218 N. Charles St.
Baltimore, MD 21201
(410) 727-7702

20

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2000, a copy of the foregoing Notice of Dismissal was mailed first class, postage prepaid to: John E. McCann, Jr., Scott Haiber, David C. Ferro, Miles & Stockbridge, P.C., 10 Light Street, Baltimore, Maryland 21202.

*Thomas N. Biddison, Jr.*
Thomas N. Biddison, Jr.